AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2018 NOV 20 AM 11:07
DEPUTY CLERK ___

UNITED STATES OF AMERICA

V.

ISAIAH ALEXANDER ALLEN

**WARRANT FOR ARREST**

Case Number: 5:18-CR-120-C

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Isaiah Alexander Allen
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petiton    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her (brief description of offense)

Cyber Stalking
Interstate Threats

in violation of Title  18  United States Code, Section(s)  2261A(2), 875(c)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

United States Magistrate Judge D. Gordon Bryant, Jr.    November 14, 2018    Lubbock Division
                                                        Date                  Location

By:  Z. Medrano
     Deputy Clerk

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Lubbock, TX

| DATE RECEIVED 11/16/2018 | NAME AND TITLE OF ARRESTING OFFICER  h pennington, DUSM for FBI | SIGNATURE OF ARRESTING OFFICER  h pennington |
|---|---|---|
| DATE OF ARREST 11/16/2018 | | |