**UNITED STATES DISTRICT COURT**
PROBATION AND PRETRIAL SERVICES
NORTHERN DISTRICT OF TEXAS

U.S.A. vs ISAIAH ALEXANDER ALLEN        Docket No. 5:18-CR-120-C(01)

## Petition for Action on Conditions of Pretrial Release

COMES NOW Contessa Romero, U.S. Probation Officer, presenting an official report upon the conduct of defendant, Isaiah Alexander Allen, who was placed under pretrial supervision by U.S. Magistrate Judge D. Gordon Bryant sitting in the Court at Lubbock, Texas, on November 16, 2018, under the following conditions:

(7s) The defendant shall not use a computer or internet without the permission of the pretrial officer.

The undersigned has information that the defendant has violated such condition in the following respects:

Isaiah Alexander Allen violated this condition of release on November 17, 2018. This officer received information regarding an online purchase, specifically of a USB flash drive and a USB splitter, made on the defendant's account. Contact was made with the defendant's mother, who stated she did not make any purchases on the defendant's account. The defendant was contacted and revealed he asked a friend from out of the state to make the purchases on his behalf. The defendant stated he wanted these items to download movies for future use since he will not have internet or computer access. These items are a cause for concern because the defendant would need to access a computer to download items onto the flash drive, which is a violation of his conditions of release. Another concern is the method in which the defendant obtained these items. In 2013, the defendant was arrested for Computer Security Breach, in which he cooperated with an unnamed individual who lived out of the state. The defendant's conditions of release were signed by the defendant on November 16, 2018, indicating he understood each condition of release. Additionally, the defendant was informed to ask this officer if any need arises in which he might need access to the computer or the internet. The defendant did not ask permission of Pretrial Services to purchase these items online.

Respectfully Presenting Petition for Action of Court Case As Follows:

Praying That the Court Will Order a warrant for arrest of the defendant, and that a hearing be scheduled for consideration of revocation of the defendant's conditions of pretrial release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2018                    Approved,

s/Contessa Romero                                s/Jacqueline Fontenot
U.S. Probation Officer                           Supervising U.S. Probation Officer
Phone: 806-472-1143                              Phone: 806-472-1146
Lubbock, Texas

CR

## ORDER

Having considered the report of the probation office pertaining to possible violations by defendant, Isaiah Alexander Allen, of his/her conditions of pretrial release, the Court ORDERS that:

☐   No action be taken.

☐   The Order Setting Conditions of Release is modified to include the following:

☐   A summons be issued and the defendant appear before a judge of this Court to determine whether his/her conditions of pretrial release should be revoked.

☑   A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this Court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

☑   The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

☐   File under seal until further order of the Court.

_____
The Honorable D. Gordon Bryant, Jr.
U.S. Magistrate Judge

11/20/18
_____
Date