IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 5:18-CR-00120-C |
| ISAIAH ALEXANDER ALLEN | |

## FACTUAL RESUME

In support of Isaiah Alexander Allen's plea of guilty to the offense in Count One of the Indictment, Allen, the defendant, David Sloan, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

### ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the Indictment, charging a violation of 18 U.S.C. § 2261A(2), that is, Cyber Stalking, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*  That the defendant used an electronic communication service or any other facility of interstate or foreign commerce as charged in the Indictment;

*Second.*  To engage in a course of conduct;

*Third.*  With the intent to injure, harass, or intimidate B.K., the victim referenced in the Indictment; and

*Fourth.*  The Defendant's course of conduct caused, attempted to cause, or would be reasonably calculated to cause substantial emotional distress to B.K.

---

[1] *United States v. William Davis*, 2017 WL6387429 (E.D.N.C. December 5, 2017)

**Isaiah Alexander Allen**
**Factual Resume—Page 1**

## STIPULATED FACTS

1. Isaiah Alexander Allen ("defendant") admits and agrees that from in or about September 2017, through on or about November 14, 2018, in the Lubbock Division of the Northern District of Texas, and elsewhere, he, defendant, with the intent to injure, harass, or intimidate B.K., a person in another state, namely, California, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, or facility of interstate or foreign commerce, that is, the Internet, to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause, substantial emotional distress to B.K., or placed B.K. in reasonable fear of death or serious bodily injury. In violation of 18 U.S.C. § 2261A(2).

2. Defendant is a 22-year-old male who has consistently resided in Lubbock, Texas, since September 2017. B.K. is a college-aged student who currently attends university in California and has resided consistently in California since September 2017.

3. Defendant and B.K. began an online dating relationship after meeting on the online game website, "League of Legends." The two have never met in person but have communicated online and via skype, text message, and phone.

4. Over the course of their online dating relationship, B.K. sent Defendant numerous nude photographs of herself. These photographs were sent voluntarily and with B.K.'s consent.

5. On or about October 3, 2017, B.K. received a message from a friend notifying her that nude photographs of B.K. were posted on popular websites such as

www.reddit.com and www.imgur.com. The friend sent B.K. a link to the reddit thread. That posting contained 74 photographs of B.K., including numerous photographs where her breasts, buttocks, and other parts of her body were exposed. In the album were numerous photographs showing her face. Defendant admits that he posted these photographs of B.K. willfully and with the intent to harass and intimidate B.K.

6. In addition to the nude photographs Defendant posted on www.reddit.com and www.imgur.com, he also posted a screen shot of her social security card, driver's license, and college/student ID card, along with nude images of B.K. in a collage display that Defendant created. Defendant further posted B.K.'s telephone number and her physical address.

7. Between October 2017 until at least December 2017, defendant continued to post nude images of B.K. on various online websites and forums, despite continued dialogue with B.K. and assurances that defendant was helping remove the images from the website.

8. To date, nude images of B.K. have been viewed over 1,000,000 times. Her nude images have also been shared on countless websites across the world, including "reddit.com," "imgur.com," "portfactory.info," "pornstartube," "xhampster," "redwap.me," "dattr.com," "4chan" and "xpornplease."

9. Defendant intended for B.K.'s images to be shared and viewed by as many people as possible. Defendant bragged to an online friend that he couldn't help it if someone were to… "reupload from scratch."





10. Nude images of B.K. were attached to the directions below on how to help spread the nude images to as many sites as possible.

Case 5:18-cr-00120-C-BQ   Document 33   Filed 12/20/18   Page 5 of 12   PageID 79



11.    Between October 2017 through at least December 2017, Defendant made various threats to B.K., including but not limited to, the following:



> i wanted to kill you in person
>
> Today at 2:10 PM
>
> So i could rape you first then let you bleed to death

> I wanted to read headline
> ucla girl jumps from building

12. Defendant would communicate with friends about his illegal conduct using the online platform, Discord. Defendant would communicate on Discord using various aliases or usernames, including the name "Zeek." The below images are all screenshots of various Discord conversation between Defendant and another Discord user.



13. Defendant laughed when B.K. confronted him:



Case 5:18-cr-00120-C-BQ   Document 33   Filed 12/20/18   Page 7 of 12   PageID 81

14. When B.K. called off the online relationship and "blocked" him, Defendant continued to follow her on secret accounts.

> **Zeek**
> oh yeah thats totally done
> she said ill never see her face again
> blocked me on twitter/fb/insta etc
> but still
> better than nothin
> dont worry i already have a 2nd account that follows both her accounts that she doesnt know of
> 

15. Defendant stated that he enjoyed knowing that B.K. was suffering:

> **Zeek**
> These are all plans i have down
> for now she's just my bitch
> she's had enough for now
> she started cutting classes because she was scared someone knew her irl
> cuts classes as much as she cuts her arms now XD
> I think thats enough for now
> until i get bored again
> anyways its an interesting feeling to have someone at your mercy
> a bit of a rush

> **Zeek**
> she's lives paranoid everyday
> if any of her relatives type in her name
> its over for her
> if she pisses ZeeX off
> its over for her
> + the stress of college and her annoying ass roomates
> she's really strong though
> i think your       would have broke a long time ago
> hard to crack

Isaiah Alexander Allen
Factual Resume—Page 7



**Zeek**
XD
she was
soooooooo paranoid
and was begging me not to tell her mom
it was pretty entertaining
to see someone beg for their life
tbh

16. Defendant talked about how he wanted to "keep her alive" so she could live in fear:



17. Defendant knew posting images of B.K. would have long-lasting effects on her.

18. Defendant sent B.K.'s nude images to B.K.'s mother to harass, intimidate, and terrorize B.K.





19. Defendant found it "funny" how you could nearly end a life with one url:.



20. Defendant bragged on an online forum how he intentionally and willfully took steps to physiologically and mentally hurt B.K. He further bragged that because she didn't send him "the pictures [he] want[ed]," he chose to leak the nude images of B.K.



21. Defendant agrees that his course of conduct was intended to, and in fact did cause, substantial emotional distress to B.K.

22. The defendant agrees that the defendant committed all the essential elements of the offense(s). This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the Indictment.

AGREED TO AND STIPULATED on this 19 day of December, 2018.

ERIN NEALY COX
UNITED STATES ATTORNEY

X *Isaiah Allen*
ISAIAH ALEXANDER ALLEN
Defendant

RUSSELL H. LORFING
Assistant United States Attorney
Texas State Bar No. 24070173

DAVID SLOAN
Attorney for Defendant

1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Tel:  806-472-7351
Fax: 806-472-7394
Email: Russell.lorfing@usdoj.gov