# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
## Lubbock Division

HONORABLE: D. GORDON BRYANT, JR. PRESIDING

2019 JAN -2 AM 11:20

DEPUTY CLERK: ZZMEDRANO  
COURT REPORTER/TAPE NUMBER: MECHELLE DANIEL

LAW CLERK: N/A  
USPO: CONTESSA ROMERO

INTERPRETER: N/A  
Date: Jan 2, 2019

---

Cr. No. 5:18-CR-120-C-BQ  
DEFT. No. 1

UNITED STATES OF AMERICA  
V.  
ISAIAH ALEXANDER ALLEN  
Defendant's Name

RUSSELL LORFING, AUSA  
DAVID SLOAN (F)  
Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## ~~ARRAIGNMENT~~/REARRAIGNMENT

Time in Court: 18 min (9:53-10:11)

Trial Status:
- [ ] Completed by Jury Verdict
- [ ] Continued from Previous Month
- [ ] Directed Verdict
- [ ] Evidence Entered
- [ ] Hung Jury
- [ ] Jury Selection Only, continued
- [ ] Jury Selection or Verdict Only (No Trial Before this Judge)
- [ ] Mistrial
- [ ] Settled/Guilty
- [x] None

Days in Trial: ___

Hearing Concluded: [x] Yes  [ ] No

- [x] Defendant SWORN.
- [ ] Arraignment  [x] Rearraignment - Held on count(s) 1
- of the 2 count(s) [x] Indictment  [ ] Information  [ ] Superseding Indictment  [ ] Complaint  [ ] Superseding Information
- [ ] Sentencing Guidelines
- [x] Deft enters a plea of  [ ] Not Guilty  [x] Guilty  [ ] Nolo
- [ ] Waiver of Jury Trial
- [ ] Waiver of Indictment filed
- [x] Plea Agreement accepted  [ ] Court defers acceptance of Plea Agreement
- [x] Plea Agreement filed (see agreement for details)  [ ] No Plea Agreement
- [ ] Plea Agreement included with Factual Resume.
- [x] Factual Resume filed.
- [ ] Sentencing set  Date: ___  Time: ___
- [ ] Trial set for  Date: ___  Time: ___
- Pretrial motions due: ___  Discovery motions/Government Responses due: ___
- [ ] Orders for PSI, Disclosure Date and Setting Sentencing entered.
- [ ] PSI waiver filed.  PSI due: ___  Pre-sentence Referral Form to: ___
- [ ] Deft Bond  [ ] Set  [ ] reduced to $___  [ ] Cash  [ ] Surety  [ ] 10%  [ ] PR
- [ ] Deft failed to appear, bench warrant to issue.
- [ ] Bond  [ ] continued  [ ] forfeited
- [x] Deft Custody/Detention continued.
- [x] Deft REMANDED to custody.

OTHER PROCEEDINGS: MJ recommends Guilty Plea be accepted. Order of Recommendation to be entered. 14-days to Object.